1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5                                           JS-6

6  Attorney for: PLAINTIFF

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        No. CV A 13-2324

12              Plaintiff,

13      vs.                         CONSENT JUDGMENT

14 Rodolfo Reveles, Jr., aka

15 Rodolfo Reveles,

16              Defendant

17

18      Pursuant to the above stipulation of the parties,

19 Judgment is hereby entered in favor of Plaintiff, UNITED

20 STATES OF AMERICA, against Defendant, Rodolfo Reveles, Jr.,

21 aka Rodolfo Reveles, in the principal amount of $1,749.66

22 plus interest accrued to March 27, 2013, in the sum of

23 $685.18; with interest accruing thereafter at the daily rate

24 of $0.11 until entry of judgment, for a total amount of

25 $**2,434.84**.

26 DATED: June 5, 2013          By: TERRY NAFISI
                                    Clerk of the Court
27

28                                  /s/ Jenny Lam
                                    Deputy Clerk
                                United States District Court