JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>Rodolfo Reveles, Jr., aka<br>Rodolfo Reveles,<br><br>             Defendant | No. CV A 13-2324<br><br><br>CONSENT JUDGMENT |

   Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Rodolfo Reveles, Jr., aka Rodolfo Reveles, in the principal amount of $1,749.66 plus interest accrued to March 27, 2013, in the sum of $685.18; with interest accruing thereafter at the daily rate of $0.11 until entry of judgment, for a total amount of **$2,434.84**.

DATED: June 5, 2013              By: TERRY NAFISI
                                     Clerk of the Court

                                     /s/ Jenny Lam
                                     Deputy Clerk
                                     United States District Court